UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALIND LOPEZ, | Case No.: 11-CV-01632-LHK |
| Plaintiff, | ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| WAL-MART STORES, INC., ET AL., | |
| Defendants. | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for February 8, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Monday, February 6, 2012, at 2:00 p.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: February 3, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-01632-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT