UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALIND LOPEZ,<br><br>    Plaintiff,<br><br> v.<br><br>WAL-MART STORES, INC., ET AL.,<br><br>    Defendants. | Case No.: 11-CV-01632-LHK<br><br>ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT |

  The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for February 8, 2012, as required pursuant to Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one joint case management statement by Monday, February 6, 2012, at 2:00 p.m.  The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: February 3, 2012

                _Lucy H. Koh_
                LUCY H. KOH
                United States District Judge