RICHARD J. VAZNAUGH (SBN: 173249)
LAW OFFICE OF RICHARD J. VAZNAUGH
1388 Sutter St., Ste 1000
San Francisco, CA  94109
Telephone: 415-593-0076
Facsimile:  415-673-5606
richvaz@cajoblaw.com

Attorney for Plaintiff
ROSALIND LOPEZ

MICHAEL D. BRUNO  (SBN:  166805)
MICHAEL A. LAURENSON (SBN:  190023)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
mbruno@gordonrees.com
mlaurenson@gordonrees.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROSALIND LOPEZ, | ) | CASE NO.  CV11-01632 LHK |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUT-OFF FOR CERTAIN DEPOSITIONS** |
| vs. | ) ) ) ) | |
| WAL-MART STORES, INC. and DOES 1-20, inclusive. | ) ) ) | As Amended by the Court |
| Defendant. | ) ) | |

Whereas, the parties have arranged a private mediation with Mark Rudy on March 12, 2012; and,

Whereas, the current expert discovery cut-off is March 13, 2012; and,

Whereas, Defendant has already experienced difficulty in getting all of plaintiff's treating physicians, one of whom works for Kaiser which is notoriously difficult on scheduling, to agree to appear for deposition by March 13; and,

-1-

1  Whereas, Defendant was unable to produce its two Wal-Mart persons most
2  knowledgeable for deposition by the Court ordered deadline of February 25, 2012.  Defendant's
3  PMKs work at Wal-Mart's headquarters in Bentonville, Arkansas, and the parties have been
4  meeting and conferring concerning the date, location and method of the deposition and
5  responsibility for costs of same and believe they will be able to resolve these issues.
6  Whereas, Defendant would like to avoid incurring additional time and fees on discovery
7  that could be unnecessary if the matter is settled at the mediation;
8  Therefore, it is hereby stipulated, by and between the parties, through their counsel of
9  record, that the expert discovery cut-off may be extended to March 27, and that Wal-Mart's two
10  PMKs shall be produced by that same date (without plaintiff waiving any argument that they
11  should have been produced sooner pursuant to the court's deadline).

12  Dated:  March 1, 2012                    GORDON & REES LLP

14                                           By: /s/Michael A. Laurenson
                                                 Michael D. Bruno
15                                               Michael A. Laurenson
                                             Attorneys for Defendant
16                                           WAL-MART STORES, INC.

18  Dated:  March 1, 2012                    LAW OFFICE OF RICHARD J.
                                             VAZNAUGH

20                                           By: /s/Richard J. Vaznaugh
                                                 Richard J. Vaznaugh
21                                           Attorney for Plaintiff
                                             ROSALIND LOPEZ

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1     Good cause appearing therefore based on the above stipulation of the parties, the expert
2 discovery cut-off is extended to March 27 and Parties shall conclude meet and confer and conclude
3 ~~proceed with~~ the PMK depositions no later than March 27, 2012. Any objection by Plaintiff that
4 Defendant should have produced its two PMKs by the earlier deadline is hereby preserved.

7     IT IS SO ORDERED.

10 Dated: March 6, 2012                        *Lucy H. Koh*
                                               Lucy H. Koh, United States District Judge