1  RICHARD J. VAZNAUGH (SBN: 173249)
   LAW OFFICE OF RICHARD J. VAZNAUGH
2  1388 Sutter St., Ste 1000
   San Francisco, CA  94109
3  Telephone: 415-593-0076
   Facsimile:  415-673-5606
4  richvaz@cajoblaw.com

5  Attorney for Plaintiff
   ROSALIND LOPEZ

6
   MICHAEL D. BRUNO  (SBN:  166805)
7  MICHAEL A. LAURENSON (SBN:  190023)
   GORDON & REES LLP
8  275 Battery Street, Suite 2000
   San Francisco, CA  94111
9  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
10 mbruno@gordonrees.com
   mlaurenson@gordonrees.com
11
   Attorneys for Defendant
12 WAL-MART STORES, INC.

13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17  ROSALIND LOPEZ,                )   CASE NO.  CV11-01632 LHK
                                   )
18              Plaintiff,         )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER TO EXTEND DISCOVERY**
19       vs.                       )   **CUT-OFF FOR CERTAIN**
                                   )   **DEPOSITIONS**
20  WAL-MART STORES, INC. and DOES 1-20, )
    inclusive.                     )   As Amended by the Court
21                                 )
                Defendant.         )
22

23       Whereas, the parties have arranged a private mediation with Mark Rudy on March 12,

24  2012; and,

25       Whereas, the current expert discovery cut-off is March 13, 2012; and,

26       Whereas, Defendant has already experienced difficulty in getting all of plaintiff's treating

27  physicians, one of whom works for Kaiser which is notoriously difficult on scheduling, to agree

28  to appear for deposition by March 13; and,

-1-
STIP & ORDER EXTENDING CUT-OFF FOR CERTAIN DISCOVERY – CASE NO. CV11-01632 LHK

1  Whereas, Defendant was unable to produce its two Wal-Mart persons most
2  knowledgeable for deposition by the Court ordered deadline of February 25, 2012. Defendant's
3  PMKs work at Wal-Mart's headquarters in Bentonville, Arkansas, and the parties have been
4  meeting and conferring concerning the date, location and method of the deposition and
5  responsibility for costs of same and believe they will be able to resolve these issues.

6  Whereas, Defendant would like to avoid incurring additional time and fees on discovery
7  that could be unnecessary if the matter is settled at the mediation;

8  Therefore, it is hereby stipulated, by and between the parties, through their counsel of
9  record, that the expert discovery cut-off may be extended to March 27, and that Wal-Mart's two
10 PMKs shall be produced by that same date (without plaintiff waiving any argument that they
11 should have been produced sooner pursuant to the court's deadline).

12 Dated:  March 1, 2012                          GORDON & REES LLP
13
14                                                By: */s/Michael A. Laurenson*
                                                      Michael D. Bruno
15                                                    Michael A. Laurenson
                                                      Attorneys for Defendant
16                                                    WAL-MART STORES, INC.
17
18 Dated:  March 1, 2012                          LAW OFFICE OF RICHARD J.
                                                  VAZNAUGH
19
20                                                By: */s/Richard J. Vaznaugh*
                                                      Richard J. Vaznaugh
21                                                    Attorney for Plaintiff
                                                      ROSALIND LOPEZ
22
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-2-
STIP & ORDER EXTENDING CUT-OFF FOR CERTAIN DISCOVERY – CASE NO. CV11-01632 LHK

1   Good cause appearing therefore based on the above stipulation of the parties, the expert
2   discovery cut-off is extended to March 27 and Parties shall conclude meet and confer and conclude
3   ~~proceed with~~ the PMK depositions no later than March 27, 2012.  Any objection by Plaintiff that
4   Defendant should have produced its two PMKs by the earlier deadline is hereby preserved.

7   IT IS SO ORDERED.

Dated:  March 6, 2012

*Lucy H. Koh*
Lucy H. Koh, United States District Judge