1  RICHARD J. VAZNAUGH (SBN: 173249)
   LAW OFFICE OF RICHARD J. VAZNAUGH
2  1388 Sutter St., Ste 1000
   San Francisco, CA  94109
3  Telephone: 415-593-0076
   Facsimile: 415-673-5606
4  richvaz@cajoblaw.com

5  Attorney for Plaintiff
   ROSALIND LOPEZ
6
   MICHAEL D. BRUNO  (SBN:  166805)
7  MICHAEL A. LAURENSON (SBN:  190023)
   GORDON & REES LLP
8  275 Battery Street, Suite 2000
   San Francisco, CA  94111
9  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
10 mbruno@gordonrees.com
   mlaurenson@gordonrees.com
11
   Attorneys for Defendant
12 WAL-MART STORES, INC.

13

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17 ROSALIND LOPEZ,                    )   CASE NO.  CV11-01632 LHK
                                      )
18                Plaintiff,          )   **NOTICE OF SETTLEMENT AND**
                                      )   **REQUEST FOR CONTINUANCE**
19      vs.                           )   **OF PRETRIAL FILING DATES**
                                      )   **AND** ~~**PROPOSED**~~ **ORDER**
20 WAL-MART STORES, INC. and DOES 1-20, )
   inclusive.                         )
21                                    )
                  Defendant.          )
22                                    )

23

24      The parties have accepted a mediator's proposal for the settlement of this matter and wish

25 to have several days to work out secondary terms and other details and not incur additional costs

26 on pretrial filings due in the interim.

27

28
                                           -1-
   NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF PRETRIAL FILING DATES AND ~~PROPOSED~~ ORDER
                              CASE NO. CV11-01632 LHK

1  Accordingly, the parties request that the due date for oppositions to MILs be extended
2  from Monday, April 23, to Friday, April 27, and the due date for lodging exhibits and filing jury
3  instructions, verdict forms, proposed voir dire and trial briefs be extended from Wednesday,
4  April 25, to Tuesday, May 1, 2012 at 10 a.m.

The parties do not believe that a continuance of the pretrial conference is necessary at this time, but would agree if the Court wanted to continue the conference date based on the extension of filing deadlines.

Dated: April 20, 2012                         GORDON & REES LLP


By: */s/Michael A. Laurenson*
   Michael D. Bruno
   Michael A. Laurenson
   Attorneys for Defendant
   WAL-MART STORES, INC.


Dated: April 20, 2012                         LAW OFFICE OF RICHARD J. VAZNAUGH


By: */s/ Richard J. Vaznaugh*
   Richard J. Vaznaugh
   Attorney for Plaintiff
   ROSALIND LOPEZ

The parties shall file their stipulation of dismissal with prejudice by April 26, 2012. The pretrial conference remains as set for May 2, 2012.
IT IS SO ORDERED.

April 23, 2012                                *Lucy H. Koh*
Dated                                          United States District Court Judge

WALM/1069481/12343858v.1

-2-
NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF PRETRIAL FILING DATES AND ~~PROPOSED~~ ORDER
CASE NO. CV11-01632 LHK