1  RICHARD J. VAZNAUGH (SBN: 173249)
   LAW OFFICE OF RICHARD J. VAZNAUGH
2  1388 Sutter St., Ste 1000
   San Francisco, CA  94109
3  Telephone: 415-593-0076
   Facsimile: 415-673-5606
4  richvaz@cajoblaw.com

5  Attorney for Plaintiff
   ROSALIND LOPEZ

6
   MICHAEL D. BRUNO  (SBN: 166805)
7  MICHAEL A. LAURENSON (SBN: 190023)
   GORDON & REES LLP
8  275 Battery Street, Suite 2000
   San Francisco, CA  94111
9  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
10 mbruno@gordonrees.com
   mlaurenson@gordonrees.com
11
   Attorneys for Defendant
12 WAL-MART STORES, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17  ROSALIND LOPEZ,                )  CASE NO.  CV11-01632 LHK PSG
                                   )
18             Plaintiff,          )  **JOINT REQUEST FOR FURTHER**
                                   )  **CONTINUANCE OF PRETRIAL**
19     vs.                         )  **DEADLINES AND** ~~PROPOSED~~
                                   )  **ORDER**
20  WAL-MART STORES, INC. and DOES 1-20, )
    inclusive.                     )
21                                 )
               Defendant.          )
22                                 )

23

24     The parties have made significant progress in working out the details of the settlement,

25  which are complicated due to the fact that part of the settlement payment will be made by way of

26  a structured settlement.  The parties anticipate being able to reach agreement on all terms, but

27  request additional time to complete the settlement and file a stipulation of dismissal.

28

-1-

Accordingly, because the settlement is progressing successfully but requires additional time and due diligence due to the structure, and both parties wish to avoid the cost of unnecessary trial preparation, the parties have stipulated and jointly request the following:

1) That the deadline for filing a stipulation of dismissal be extended to April 30, 2012;

2) That the pretrial conference be continued approximately one week to _____ _____ and the date for oppositions to MILs and the due date for filing jury instructions, verdict forms, and proposed voir dire will now be on May 2, 2012; **Or, in the alternative**, that the current pretrial conference date be maintained and that, oppositions to MILs and the due date for filing jury instructions, verdict forms, and proposed voir dire be extended to May 1, 2012.

Dated:  April 26, 2012                                       GORDON & REES LLP


                                                             By: */s/Michael A. Laurenson*
                                                                 Michael D. Bruno
                                                                 Michael A. Laurenson
                                                             Attorneys for Defendant
                                                             WAL-MART STORES, INC.

Dated:  April 26, 2012                                       LAW OFFICE OF RICHARD J. VAZNAUGH


                                                             By: */s/ Richard J. Vaznaugh*
                                                                 Richard J. Vaznaugh
                                                             Attorney for Plaintiff
                                                             ROSALIND LOPEZ

The parties shall file their stipulation of dismissal by April 30, 2012.  The pretrial conference remains as set for May 2, 2012.  Oppositions to MILs and the due date for filing jury instructions, verdict forms, and proposed voir dire is extended to May 1, 2012.
IT IS SO ORDERED.

Dated: April 26, 2012                         *Lucy H. Koh*
                                              The Hon. Lucy Koh
                                              United States District Court Judge