UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALIND LOPEZ, ) | Case No.: 11-CV-01632-LHK |
| ) | |
| Plaintiff, ) | ORDER DENYING JOINT REQUEST |
| ) | TO CONTINUE PRETRIAL |
| v. ) | DEADLINES AND TRIAL DATE |
| ) | |
| WAL-MART STORES, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The pretrial conference in this case is currently set for May 2, 2012, and a jury trial is scheduled to begin on May 21, 2012. On April 20, 2012, after filing their respective motions in limine and a joint pretrial conference statement, the parties jointly filed a Notice of Settlement and Request for Continuance of Pretrial Filing Dates, in which they sought to extend the deadline for oppositions to motions in limine from April 23 to April 27, 2012. ECF No. 70. The parties further stated, "The parties do not believe that a continuance of the pretrial conference is necessary at this time." *Id.* at 2. The Court granted the parties' request and ordered the parties to file their stipulation of dismissal with prejudice by April 26, 2012. *See* ECF No. 73. On April 26, 2012, the parties again filed a Joint Request for Further Continuance of Pretrial Deadlines, requesting "additional time to complete the settlement and file a stipulation of dismissal." ECF No. 74. The parties specifically requested that: (1) the deadline for filing a stipulation of dismissal be extended to April 30, 2012; (2) the current pretrial conference date of May 2, 2012 be maintained; and (3)

1

Case No.: 11-cv-01632-LHK
ORDER DENYING REQUEST TO CONTINUE TRIAL

the oppositions to motions in limine, jury instructions, verdict forms, and proposed voir dire be due May 1, 2012. *Id.* That same day, the Court granted the parties' request on all three counts. *See* ECF No. 75.

Notwithstanding the parties' repeated representations to the Court that they had reached a settlement and expected to be able to file a stipulation of dismissal in advance of the May 2, 2012 pretrial conference date, on April 30, 2012, the parties filed a Joint Request for 45-60 Day Continuance of Trial Date and Pretrial Deadlines. *See* ECF No. 76. This Court will not continue the trial date. Accordingly, the trial in this case remains as set and will begin on May 21, 2012 at 9:00 a.m. The pretrial conference is hereby continued from May 2, 2012, to May 10, 2012, at 1:30 p.m. Oppositions to motions in limine, jury instructions, verdict forms, and proposed voir dire are due May 3, 2012.

**IT IS SO ORDERED.**

Dated: May 1, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-cv-01632-LHK
ORDER DENYING REQUEST TO CONTINUE TRIAL