UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALIND LOPEZ, | ) Case No.: 11-CV-01632-LHK |
| Plaintiff, | ) ORDER GRANTING JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE |
| v. | ) |
| WAL-MART STORES, INC., ET AL., | ) |
| Defendants. | ) |

Pursuant to the parties' joint request, filed May 1, 2012 (ECF No. 78), a case management conference is hereby set for May 2, 2012, at 2:00 p.m.  The parties may appear in person or telephonically.

**IT IS SO ORDERED.**

Dated: May 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

1
Case No.: 11-cv-01632-LHK
ORDER GRANTING REQUEST FOR CASE MANAGEMENT CONFERENCE