RICHARD J. VAZNAUGH (SBN: 173249)
LAW OFFICE OF RICHARD J. VAZNAUGH
1388 Sutter St., Ste 1000
San Francisco, CA 94109
Telephone: 415-593-0076
Facsimile: 415-673-5606
richvaz@cajoblaw.com

DAVID M. DERUBERTIS (SBN: 208709)
THE DERUBERTIS LAW FIRM, PLC
4219 Coldwater Canyon Ave.
Studio City, CA 91604
Tel:    818 761-2322
Fax:    818 761-2323
David@deRubertislaw.com

Attorneys for Plaintiff
ROSALIND LOPEZ

MICHAEL D. BRUNO (SBN: 166805)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
mbruno@gordonrees.com
mlaurenson@gordonrees.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSALIND LOPEZ,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WAL-MART STORES, INC. and DOES 1-20, inclusive.<br><br>                    Defendant. | CASE NO.  CV11-01632 LHK<br><br>SECOND STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER<br><br>Judge:  The Hon. Lucy H. Koh<br>Date of Removal: April 4, 2011<br>Trial Date: May 21, 2012 |

1

SECOND STIPULATION FOR DISMISSAL; ~~PROPOSED~~ ORDER

Case No.  CV11-01632 LHK

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The Parties have heard the Court and understand the Court does not wish to delay the dismissal. As such, the Parties hereby request a dismissal with prejudice, and respectfully ask the Court to retain jurisdiction over this action for the purpose of resolving any disputes that may arise and be raised with the Court within the next 60 days in connection with the settlement agreement, its terms or the enforcement thereof.

The Parties have executed a formal written settlement agreement resolving this matter. However, if the matter is unconditionally dismissed with prejudice and there is an (unlikely) breach of the payment terms of the settlement agreement, the entire prejudice of dismissal would fall on Ms. Lopez, who would have no case and a broken settlement agreement requiring a new lawsuit to enforce it.

The Court's retaining jurisdiction over the parties to monitor and enforce the settlement in the event of a future dispute protects the Plaintiff from a potential risk of the settlement falling apart. Such oversight has been found to be appropriate in other matters to address similar concerns. See e.g. *Flanagan v. Arnaiz* (9th Cir., 1998) 143 F.3d 540, 545.

In addition, the Parties Stipulate that based on the settlement, the current trial date and all pre-trial deadlines are moot and should be vacated.

So stipulated:

DATED: May 7, 2012          GORDON & REES

                            By: /s/ Michael Bruno
                            Michael D. Bruno
                            Attorneys for Defendant
                            WAL-MART STORES, INC.

DATED: May 7, 2012

                            LAW OFFICE OF RICHARD J. VAZNAUGH
                            THE DERUBERTIS LAW FIRM

                            By: /s/ Richard J. Vaznaugh
                            RICHARD J. VAZNAUGH
                            Attorney for Plaintiff

* * * * *

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 7, 2012                          _____
                                            HON. LUCY H. KOH
                                            UNITED STATES DISTRICT JUDGE